No. 69381.—Brechner Bros. v. United States, protest 64/17056 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of miniature pocketknives similar in all material respects to those the subject of Abstract 65737, the claim of the plaintiff was sustained.